Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0880

Roscoe Felder and Joe Felder v. Tom Munoz, Inc. (Appeal from Montgomery Circuit Court: CV-23-304).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.